WILLIAM A. HEGERTY, PLAINTIFF-APPELLANT, v. ALMA FRAZIER ET AL., DEFENDANTS-RESPONDENTS.

Submitted February 14, 1936—Decided May 14, 1936.

408

For the appellant, *Arthur J. Connelly*.

For the respondents, *Harry Cohn*.

Per Curiam.

The judgment under review herein will be affirmed, for the reasons expressed in the opinion of Circuit Court Judge Lawrence, sitting as Supreme Court commissioner.

*For affirmance*—The Chancellor, Chief Justice, Lloyd, Case, Bodine, Donges, Heher, Perskie, Hetfield, Dear, Wells, WolfsKeil, Rafferty, JJ. 13.

*For reversal*—None.